IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JAMES WALLACE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:15-cv-3324 |
| | § | |
| **HORACE MANN LLOYDS** | § | |
| **INSURANCE COMPANY AND** | § | |
| **JEFFREY JOHNSTON,** | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT;

COME NOW Defendants Horace Mann Lloyds Insurance and Jeffrey Johnston and respectfully advise that the parties have reached a settlement in this matter. Upon finalization of the settlement, the parties anticipate filing a joint stipulation of dismissal with prejudice with the Court. Accordingly, the parties respectfully ask that this Court abate all deadlines and remove this case from the Court's trial docket.

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*/s/    Tate Gorman*
R. Tate Gorman, **attorney-in-charge**
State Bar No. 24032360
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8248
Fax: (214) 871-8209
E-Mail: tgorman@thompsoncoe.com

And:

2485931v1
04159.050

Vasilia M Wilkes
State Bar No.  24051452
D. Christene Wood
Southern District Bar No. 38044
State Bar No.  24042188
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, TX 77056
Telephone:  (713) 403-8285
Fax:  (713) 403-8299
E-Mail:  vwilkes@thompsoncoe.com
cwood@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT HORACE MANN AND JEFFREY JOHNSTON**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing has been provided to counsel of record via E-Serve on this the 24th day of June 2016.


     /s/ *Vasilia M. Wilkes*
Vasilia M. Wilkes