IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES WALLACE, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   No. 4:15-cv-3324 |
| | § |
| HORACE MANN LLOYDS | § |
| INSURANCE COMPANY AND | § |
| JEFFREY JOHNSTON, | § |
| | § |
| Defendants. | § |

## AGREED MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff James Wallace ("Plaintiff") and Defendants Horace Mann Lloyds Insurance Company and Jeffrey Johnston ("Defendants") file this Agreed Motion for Dismissal and would respectfully show:

On June 23, 2016, the parties resolved all matters of fact and things in controversy by and between them in the pending litigation. The parties therefore jointly move to dismiss this matter with prejudice to refiling and each side bearing its own costs.

For these reasons, Plaintiff and Defendants respectfully request the Court issue an Order dismissing this cause with prejudice to refiling and that all costs of court are taxed against the parties incurring the same.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*Vasilia M. Wilkes*

R. Tate Gorman, **attorney-in-charge**
State Bar No. 24032360
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8248
Fax: (214) 871-8209
E-Mail: tgorman@thompsoncoe.com

And:

Vasilia M Wilkes
State Bar No. 24051452
D. Christene Wood
Southern District Bar No. 38044
State Bar No. 24042188
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, TX 77056
Telephone: (713) 403-8285
Fax: (713) 403-8299
E-Mail: vwilkes@thompsoncoe.com
cwood@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT HORACE MANN AND JEFFREY JOHNSTON**

and

DAILY & BLACK, P.C.

*R. D. D*

Richard D. Daly, attorney-in-charge
State Bar No. 00796429
Sheldon P. Wayne
State Bar No. 24098581
2211 Norfolk St., Suite 800
Houston, TX 77098
Telephone: (713) 655-1405
Fax: (713) 655-1587
E-Mail: rdaly@dalyblack.com
         Swayne@dalyblack.com

**ATTORNEYS FOR PLAINTIFF JAMES WALLACE**