United States District Court
Southern District of Texas
**ENTERED**
August 03, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES WALLACE, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 4:15-cv-3324 |
| HORACE MANN LLOYDS INSURANCE COMPANY AND JEFFREY JOHNSTON, | § § § § | |
| Defendants. | § § | |

### AGREED ORDER

Came on for consideration the Agreed Motion for Dismissal in this cause. It appearing to the Court that the matters in controversy between the parties have been fully and finally settled and that such Motion is well taken, the Motion is hereby GRANTED.

IT IS ORDERED that this cause be and hereby is dismissed with prejudice to refiling.

IT IS FURTHER ORDERED that all costs of court are taxed against the parties incurring the same.

SIGNED this 3rd day of August, 2016.

_____
United States District Judge